**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

JUL 22 2020

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TIMOTHY J. LEVI, | No. 19-55619 |
| Plaintiff-Appellant, | D.C. No. 2:18-cv-06156-CBM-RAO |
| v. | |
| DANNY STRONG, an individual; et al., | MEMORANDUM[*] |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Central District of California
Consuelo B. Marshall, District Judge, Presiding

Submitted July 14, 2020[**]

Before: CANBY, FRIEDLAND, and R. NELSON, Circuit Judges.

Timothy J. Levi appeals pro se from the district court's judgment dismissing his copyright action alleging that defendants' television show *Empire* infringes on his copyright in his manuscript *Unity Incorporated: The Mastermind*. We have jurisdiction under 28 U.S.C. § 1291. We affirm.

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Levi fails to challenge the district court's bases for dismissal, and he has therefore waived any such challenge. *See Indep. Towers of Wash. v. Washington*, 350 F.3d 925, 929 (9th Cir. 2003) ("[W]e will not consider any claims that were not actually argued in appellant's opening brief."); *Greenwood v. FAA*, 28 F.3d 971, 977 (9th Cir. 1994) ("We will not manufacture arguments for an appellant[.]").

We reject as unsupported by the record Levi's contentions that another federal court had already determined that Levi had proven his copyright claim and that the district court prevented him from attending a hearing on his motion for a preliminary injunction.

**AFFIRMED.**